UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAMON R. JOHNSON,

                Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al*.,

                Defendants.

Case No. 2:21-cv-00561-RFB-NJK

**ORDER**

**I.    DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. On April 5, 2021, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. Docket No. 1. On April 7, 2021, this Court denied the Plaintiff's application without prejudice because the application was incomplete and directed Plaintiff to file a new fully complete application on or before June 7, 2021. Docket No. 3. On May 17, 2021, Plaintiff filed a notice of change of address. Docket No. 4. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before **June 17, 2021** or pay the full filing fee of $402. The Court will retain Plaintiff's civil rights complaint, Docket No. 1-1, but the Court will not file it until the matter of the payment of the filing fee is resolved.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, on or before **June 17, 2021**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* by a non-prisoner; or (2) pay the full

filing fee of $402.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to file a fully complete application to proceed *in forma pauperis* by a <u>non-prisoner</u> or pays the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint, Docket No. 1-1, but the Court will not file it until the matter of the payment of the filing fee is resolved.

DATED: May 18, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE